■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YEKATRINA PUSEPA, Appellant. [22 NYS3d 846]—Judgment, Supreme Court, New York County (Marcy L. Kahn, J.), rendered January 9, 2014, convicting defendant, after a jury trial, of attempted murder in the second degree and assault in the first degree, and sentencing her to concurrent terms of 8½ years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. The evidence, including both defendant's act and the surrounding circumstances, supports a reasonable inference that defendant acted with homicidal intent when she stabbed the victim in the heart (*see generally People v Getch*, 50 NY2d 456, 465 [1980]). The evidence also refuted defendant's justification defense.

We perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Acosta, Andrias and Moskowitz, JJ.